## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| SPENCER GODBURN, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 3:14-cv-00114-CAR |
| v. ) ) ) | |
| ADAMS TILE & TERRAZZO, INC., a Georgia Corporation, REUBEN ADAMS, an individual and SCOTT ADAMS, an individual, ) ) ) ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Spencer Godburn and opt-in Plaintiffs Jorge Salinas and Leonardo Garcia stipulate to the dismissal with prejudice of all of their claims and causes of action asserted in this lawsuit against Defendant Adams Tile & Terrazzo, Inc., Reuben Adams, and Scott Adams which stipulates to this dismissal.

Respectfully submitted this 1st day of September, 2017.

s/Douglas H. Duerr
Douglas H. Duerr
Georgia Bar No. 231772

ELARBEE, THOMPSON, SAPP & WILSON, LLP
229 Peachtree Street, NE
800 International Tower
Atlanta, Georgia 30303

- 1 -

- 2 -

Telephone: (404) 659-6700
Facsimile: (404) 222-9718
Email: duerr@elarbeethompson.com

Attorney for Defendant

                                        *s/Thomas F. Martin*
                                        Kimberly N. Martin
                                        kimberlymartinlaw@gmail.com
                                        Georgia Bar No. 473410
                                        Thomas F. Martin
                                        tfmartinlaw@msm.com
                                        Georgia Bar No. 482595

Martin & Martin, LLP
Post Office Box 1070
Tucker, Georgia 30085-10170
Telephone: (404) 313-5538
Facsimile: (770) 837-2678

Attorneys for the Plaintiff and Opt-In Plaintiffs